UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

SHENG-WEN CHENG,

                Plaintiff,

-against-

DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS,

                Defendants.

23 Civ. 4314 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, an order issued July 18, 2023, directed Defendants to arrange the participation of Plaintiff, who is incarcerated and proceeding *pro se*, at a conference scheduled for August 16, 2023. That order directed Defendants to file a letter on ECF confirming that they had arranged Plaintiff's participation.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that Defendants shall file the required letter as soon as possible and no later than **July 26, 2023**.

Dated: July 24, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE